BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANA T. KAHLER,<br><br>　　　　　Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>**TAXPAYER: DANA T. KAHLER** |

Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

### A.  JURISDICTION

1. Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

### B.  PARTIES

2. By personal knowledge and knowledge of applicable procedures, DAVID M. LOPEZ is a duly commissioned Revenue Officer employed in the Small

Business/Self-Employed Division, California Area, Internal Revenue Service.  He is authorized to issue an Internal Revenue Service summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

3. By knowledge of the investigation, the respondent, DANA T. KAHLER, resides at 6629 N. Ferger Ave., Fresno, California, within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer DAVID M. LOPEZ is conducting an investigation of DANA T. KAHLER, to collect delinquent taxes for the tax years ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, and December 31, 2007.  The assessed balance as of January 6, 2012, is approximately $960,122.

5. On information and belief, the respondent, DANA T. KAHLER, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on September 6, 2011, Revenue Officer DAVID M. LOPEZ issued an Internal Revenue Service summons directing the respondent, DANA T. KAHLER, to appear before the Revenue Officer on September 29, 2011, at the hour of 10:00 a.m., at 2525 Capitol Street, Suite 206, Fresno, California, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on September 7, 2011,  Revenue Officer DAVID M. LOPEZ left an attested copy of the summons at respondent's last and usual place of abode by attaching the summons to the front door.  By personal knowledge and knowledge of the investigation, an accurate copy of  the summons has been supplied for attachment hereto as Exhibit A to the petition.  This Exhibit is hereby adopted by reference.

8. By personal knowledge, respondent, DANA T. KAHLER, did not appear on September 29, 2011, or otherwise respond to the summons by phone or in writing.

1  DANA T. KAHLER has not appeared before Revenue Officer Lopez as required by the
2  summons.

3      9.    By personal knowledge, respondent's above-described failure to comply
4  with the summons continues to date.

5      10.    By knowledge of the investigation, the testimony, books, records, papers
6  and other data sought by the summons are not already in possession of the Internal
7  Revenue Service.

8      11.    By personal knowledge and knowledge of the investigation, the testimony
9  and the books, records, papers and other data sought by the summons are necessary for
10 the investigation of DANA T. KAHLER, to collect delinquent taxes for the tax years
11 ending December 31, 2003, December 31, 2004, December 31, 2005, December 31,
12 2006, and December 31, 2007.  The assessed balance as of January 6, 2012, is
13 approximately $960,122.

14     12.    By personal knowledge and knowledge of applicable procedures, all
15 administrative steps required by the Internal Revenue Code of 1986 for the issuance of
16 the summons have been taken.

17     WHEREFORE, petitioner respectfully prays:

18     1.    That this Court enter an order directing respondent, DANA T. KAHLER,
19 to show cause, if any, why respondent should not comply with and obey the summons and
20 each and every requirement thereof;

21     2.    That this Court enter an order directing respondent, DANA T. KAHLER,
22 to obey the aforementioned Internal Revenue Service summons and each and every
23 requirement thereof, by ordering the respondent's attendance, testimony, and production
24 of the books, records, papers and other data required and called for by the terms of the
25 summons, before Revenue Officer DAVID M. LOPEZ or any other proper officer or
26 employee of the Internal Revenue Service;

27     3.    That the United States recover its costs in maintaining this action; and

28     4.    That this Court grant such other and further relief as is just and proper.

1  Date:  May 1, 2012                                  BENJAMIN B. WAGNER
                                                       United States Attorney

                                            By:   */s/ Yoshinori H. T. Himel*
                                                  YOSHINORI H. T. HIMEL
                                                  Assistant United States Attorney

## VERIFICATION BY REVENUE OFFICER DAVID M. LOPEZ

Revenue Officer DAVID M. LOPEZ, pursuant to 28 U.S.C. § 1746 (a), verifies as follows:

1. I am the investigating Revenue Officer in this case.
2. Regarding the numbered paragraphs in this petition except for paragraph 1:
   a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.
   b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.
   c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.
   d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on March __, 2012.

/s/ *David M. Lopez*
DAVID M. LOPEZ
Revenue Officer
Internal Revenue Service

Page 1 of 1

# Summons

## Collection Information Statement

In the matter of  DANA T KAHLER,  PO BOX 27338,  FRESNO, CA  93729-7338
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  DANA T KAHLER
At:  6629 N FERGER AVE,  FRESNO, CA  93704-1006

You are hereby summoned and required to appear before DAVID M LOPEZ, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2011  To 08/31/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

2525 CAPITOL STREET,  SUITE 206,  FRESNO  CA  93721-2227  (559) 443-7701

Place and time for appearance: At  2525 CAPITOL STREET,  SUITE 206,  FRESNO, CA  93721-2227

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  29th  day of  September , 2011 at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  6th   day of September       , 2011

DAVID M LOPEZ
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Original -- to be kept by IRS

Exhibit A                                                                                                  1 of  3



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 9/7/2011　　　Time: 11:17 am

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Left Summons attached to door

Signature: [signature]　　　Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signature]　　　Title: Revenue Officer

Catalog No. 25000Q　　　Form **6637** (Rev. 10-2010)

Exhibit A　　　2 of 3

**Attachment 1 to Summons Form 37**

In the matter of **DANA T KAHLER** _____

Period information: Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007

Exhibit A                                                                                                                              3 of 3