BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>DANA T. KAHLER,<br><br>Respondent. | 1:12-cv-00720-LJO-GSA<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>**TAXPAYER: DANA T. KAHLER** |

TO THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.


Dated: July 27, 2012        BENJAMIN B. WAGNER
                            United States Attorney


                     By:    /s/ *YHimel*
                            YOSHINORI H. T. HIMEL
                            Assistant U. S. Attorney

# **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

**Dated:   July 30, 2012**                         /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE